# United States District Court
# For The Western District of North Carolina
# Statesville Division

ESTES EXPRESS LINES, INC.,

    Plaintiff(s),                           JUDGMENT IN A CIVIL CASE

vs.                                             5:09CV78

ULTRACLEAR COATINGS, INC.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 21, 2011 Order.

                                       Signed: April 21, 2011

                                       Frank G. Johns, Clerk
                                       United States District Court